Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
24654 N. Lake Pleasant Pkwy.
Suite 103-467
Peoria, AZ 85383

Telephone: (602) 482-4300
Facsimile: (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Ashley Hood*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Hood,<br><br>    Plaintiff,<br><br>    v.<br><br>Darden Restaurants, Inc.; Darden Restaurants Group Life and Health Plan for Salaried Employees,<br><br>    Defendants. | Case No. 4:21-cv-00415-EJM<br><br>**NOTICE OF VOLUNTARY CASE DISMISSAL WITHOUT PREJUDICE UNDER RULE 41** |

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff Ashley Hood hereby dismisses without prejudice the above-captioned matter.

Plaintiff advises the Court that the Complaint in this matter was filed on October 12, 2021 (Doc. 1). None of the named Defendants have Answered or filed a Motion for Summary Judgment.

Pending before the Court is the parties' Stipulated Motion to Stay All Deadlines Until a Determination is Made in Plaintiff's LWOP Claim (Doc. 16) and Plaintiff's Affidavit Showing Good Cause for Why This Case Should Not Be Dismissed Without Prejudice (Doc. 17). In her Affidavit, Plaintiff provided the Court with facts that would warrant granting the parties' stipulated motion. However, considering the Court's Order to Show Cause (Doc. 15) and Plaintiff's concern that the Court may dismiss the case with prejudice, she files this notice of voluntary dismissal without prejudice.

RESPECTFULLY SUBMITTED this 3rd day of June, 2022.

SCOTT E. DAVIS, P.C.

By:   /s/ *Scott E. Davis, Esq.*
      Scott E. Davis, Esq.
      Attorney for Plaintiff